IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN COUNTS, ET AL., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-109 |
| | ) | |
| CHARLES MOHN, d/b/a | ) | |
| COMPUTERIZED MUDLOGGING | ) | |
| SERVICES, ET AL., | ) | |
| Defendants. | ) | |

------------------------------------------------------------

| | | |
|---|---|---|
| TRACY BARRINGER, ET AL., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-1140 |
| | ) | |
| CHARLES MOHN, d/b/a | ) | |
| COMPUTERIZED MUDLOGGING | ) | |
| SERVICES, ET AL., | ) | |
| Defendants. | ) | |

ORDER

AND NOW, this 30th day of November, 2012, upon consideration

of the Joint Motion to Consolidate Actions Pursuant to Rule 42(a)

[document #24 at Civil Action No. 12-109], IT IS HEREBY ORDERED

that the motion is GRANTED and the parties shall proceed as

follows:

1. Civil Action No. 12-1140 is consolidated with Civil

Action No. 12-109 the lead case captioned above.

2. All pleadings, motions, and other documents hereafter

shall be filed at Civil Action No. 12-109.

3.   The Clerk of Court shall close Civil Action No.

12-1140.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc:   Hon. Cynthia Reed Eddy,
      United States Magistrate Judge

      All Parties of Record