IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN COUNTS, ET AL., <br>     Plaintiffs, <br><br>     v. <br><br> CHARLES MOHN, d/b/a <br> COMPUTERIZED MUDLOGGING <br> SERVICES, ET AL., <br>     Defendants. | Civil Action No. 12-109 |

---

| | |
|---|---|
| TRACY BARRINGER, ET AL., <br>     Plaintiffs, <br><br>     v. <br><br> CHARLES MOHN, d/b/a <br> COMPUTERIZED MUDLOGGING <br> SERVICES, ET AL., <br>     Defendants. | Civil Action No. 12-1140 |

ORDER

AND NOW, this 30th day of November, 2012, upon consideration of the Joint Motion to Consolidate Actions Pursuant to Rule 42(a) [document #24 at Civil Action No. 12-109], IT IS HEREBY ORDERED that the motion is GRANTED and the parties shall proceed as follows:

    1. Civil Action No. 12-1140 is consolidated with Civil Action No. 12-109 the lead case captioned above.

    2. All pleadings, motions, and other documents hereafter shall be filed at Civil Action No. 12-109.

3. The Clerk of Court shall close Civil Action No. 12-1140.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: Hon. Cynthia Reed Eddy,
United States Magistrate Judge

All Parties of Record